

## MEMORANDUM OPINION

No. 04-09-00554-CV

**IN RE** Anastacio G. **GARZA** and Barbara T. Garza

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed: September 9, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

The court has considered relators' petition for writ of mandamus and emergency motion for immediate temporary relief. The court is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and emergency motion for immediate temporary relief are denied. *See* TEX. R. APP. P. 52.8(a). Relators shall pay all costs incurred in this proceeding.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007CVF001899D2, styled *Anastacio G. Garza and Barbara T. Garza v. Alejandro E. Villarreal, Jr., Alfonso J. Garza, Pedro A. Gonzalez, Olga V. Guinee, Cristobal Villarreal, and Huisache Cattle Company, Ltd.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Raul Vasquez presiding.